UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-CV-00131-MR-WCM

TRI-STATE INSURANCE COMPANY
OF MINNESOTA,

               Plaintiff,

v.

WAYNESVILLE FIRE AND SAFETY,
INC.,

               Defendant.

**ORDER AND FINAL JUDGMENT**

Pursuant to plaintiff Tri-State Insurance Company of Minnesota's Motion for Default Judgment and Memorandum in support thereof, the Court finds that the Motion should be granted and judgment is entered against defendant Waynesville Fire and Safety, Inc., in favor of Plaintiff in the amount of $941,142.16.

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court

Date     12/7/2022